UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAN FRANCISCO COUNTY JAIL, et al.,<br><br>　　　　Respondent. | Case No. 15-cv-04317-JD<br><br>**ORDER** |

This petition was dismissed with leave to amend on November 17, 2015.  Petitioner must file an amended petition within **14 days** of service of this order, or the case will be dismissed.

**IT IS SO ORDERED.**

Dated: January 19, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ANDERSON,

    Plaintiff,

    v.

SAN FRANCISCO COUNTY JAIL, et al.,

    Defendants.

Case No. 15-cv-04317-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred J. Anderson
c/o PLS
555 7th St., Suite #201
#15669262
San Francisco, CA 94103

Dated: January 19, 2016

    Susan Y. Soong
    Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO