1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

ALFRED J. ANDERSON,                          Case No. 15-cv-04317-JD

8           Petitioner,

9       v.                                    **ORDER DISMISSING PETITION AND DENYING CERTIFICATE OF APPEALABILITY**

10   SAN FRANCISCO COUNTY JAIL, et al.,

11          Respondent.

12

13          Alfred Anderson, a detainee, filed a pro se petition for a writ of habeas corpus pursuant to

14   28 U.S.C. § 2254.  In the original petition, petitioner described how his probation was revoked in

15   June or July 2015.  His claims were not entirely clear but he appeared to allege that his appointed

16   counsel was ineffective and that there was government misconduct underlying the probation

17   revocation.  However, it did not appear that petitioner had exhausted these claims.  In the initial

18   review order on November 17, 2015, the Court dismissed the petition with leave to amend to

19   address these deficiencies.

20          Petitioner filed an amended petition on April 25, 2016, but it does not address the

21   exhaustion issue and also seeks monetary relief against a jail official for an assault.  The petition is

22   dismissed without prejudice and may be re-filed once the claims have been exhausted.  If

23   petitioner seeks monetary relief concerning the conditions of his confinement he may file a civil

24   rights complaint.[1]

25

26

27

28
_____

[1] Petitioner already proceeds with a civil rights complaint concerning the conditions of confinement in Case No. 15-cv-03737-JD.

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The petition is **DISMISSED** for the reasons set forth above.  Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).

**IT IS SO ORDERED.**

Dated: May 23, 2016

JAMES DONATO
United States District Judge

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

ALFRED J. ANDERSON,

Case No.   15-cv-04317-JD

Plaintiff,

5

6

v.

**CERTIFICATE OF SERVICE**

7

SAN FRANCISCO COUNTY JAIL, et al.,

Defendants.

8

9

10

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

12

13

14

15

16

That on May 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing

said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

17

18

19

Alfred J. Anderson
c/o PLS
555 7th St., Suite #201
#15669262
San Francisco, CA 94103

20

21

22

Dated: May 23, 2016

23

24

Susan Y. Soong
Clerk, United States District Court

25

26

27

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

28

3

United States District Court
Northern District of California